**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 03-7108**

―――――――――

WILLIAM CLAYTON MCKINNEDY, III,

Plaintiff - Appellant,

versus

GARY D. MAYNARD; JIM HODGES, Governor of South
Carolina; CHARLES MOLONY CONDON, Attorney
General; KENNETH MCKELLAR, Director of
Security; MR. MCKIE, General Counsel; ROBERT
WARD; RICKIE HARRISON, Warden; ROBERT E.
PETERSEN; BEN MONTGOMERY; MR. MIRO, Warden;
DONALD DEASE; RICHARD P. STROKER; J VICENT
BARTON; CRYSTAL ROCKARD; MARY DAVENPORT; DAVID
TATARSKY; PATRICIA RAINEY; JAMES SIMMONS, III;
TRACI BRAXELY, Grievance Branch; CALVIN
ANTHONY; DAVID DUNLAP; DAVID NELSON; ROBERT
MURRAY, Captain; SINGLETARY, NFN; SOLOMON
SANYO; MR. ROBINSON; MR. MILLER; MR. JERNIGAN;
MR. BROGDAN; MR. SEWARD; MR. WALTZ; REGGIE
BOWERS; MR. FIERSON; MR. REDFERN; DAVIS
HARMON; SARGEANT CUSTODIO; SARGEANT COMER;
SARGEANT ROBERTSON; OFFICER MACKEY; MR.
GALLAWAY; OFFICER CUTLIP; MR. BURRELL; MR.
GARY; MR. CLYBURN; MR. ALLEN; MR. GOODWIN;
JOHN LANE; MR. MCCOWAN; MR. NEADLE; MR. WEST;
DEBRA WISE; OFFICER MITCHELL; MR. WOODLIEF;
MR. FLEMING; C. A. BALKCUM; MR. MEDLOCK; MR.
LONG; MR. HARDIN; MR. NELSON; MR. STEEN; MR.
ROBINSON; MR. ARMSTRONG; MICHAEL R. MATHEWS;
NATHANIEL HUGHES, SCDC; J. L. GOWAN, Doctor;
MR. MCKINNEY; MR. COOKE; SENYA L. ADAMS; MR.
PHILIPS; MR. GARDNER; MR. ANDERSON; RAY N.
STEVENS; CAROLYN MATTHEWS; JUDY C. ANDERSON;

JOHN ADAMS; KELLI G. MADDOX; MR. SUTTENS;
OFFICER WILSON, Correctional Officer,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-02-4027-6-20-AK)

———————————

Submitted:  October 9, 2003          Decided:  October 21, 2003

———————————

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

William Clayton McKinnedy, III, Appellant Pro Se.  Steven Michael
Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood,
South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

South Carolina inmate William Clayton McKinnedy, III, seeks to appeal the denial of several motions made during the course of his 42 U.S.C. § 1983 litigation against the Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000). The order McKinnedy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction.[*] We also deny Appellant's motions for injunctive relief and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent that the denial of McKinnedy's motion for reconsideration of an earlier order denying him transfer from state to federal prison is not interlocutory, we find his claim on this issue to be without merit.